UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :
JANELYS HERNANDEZ,                                    :
                                                      :
                          Plaintiff,                  :
                                                      :          23 Civ. 2651 (JPC)
         -v-                                          :
                                                      :          ORDER
FINDLAY HATS, LLC,                                    :
                                                      :
                          Defendant.                  :
                                                      :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 26, 2023, the Court ordered Plaintiff to move for default judgment by July 10, 2023.  Dkt. 6.  Plaintiff failed to meet that deadline.  Therefore, Plaintiff shall move for default judgment by July 20, 2023.  Plaintiff must serve her motion for default judgment and supporting paperwork on Defendant by July 20, 2023, and must file an Affidavit of Service on ECF by July 24, 2023.  Defendant shall file any opposition no later than August 3, 2023.  Plaintiff shall file any reply no later than August 10, 2023.  Plaintiff is reminded that failure to comply with Court orders may result in sanctions, and failure to pursue this litigation may result in dismissal for failure to prosecute.

It is further ordered that Plaintiff serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

_____
          JOHN P. CRONAN
     United States District Judge