```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JANELYS HERNANDEZ,                                               :
                                                                 :
                            Plaintiff,                           :
                                                                 :        23 Civ. 2651 (JPC)
         -v-                                                     :
                                                                 :             ORDER
FINDLAY HATS, LLC,                                               :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 20, 2023, the Court ordered the parties in this action to file a status letter by September 4, 2023, in the event that Plaintiff had not filed a notice of voluntary dismissal by that date. Dkt. 20. As of the time of this Order, Plaintiff has neither moved for voluntary dismissal nor have the parties filed a status letter. It is hereby ORDERED that either the Plaintiff shall move for voluntary dismissal or the parties shall file a joint status update by September 14, 2023.

SO ORDERED.

Dated: September 7, 2023
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                        United States District Judge